# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. GILBERT WILLIAMS**

Docket No. 3:02CR00129(AHN)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Gilbert Williams, who was sentenced to 30 months' imprisonment to be followed by 3 years' supervised release for a violation of Possession with Intent to Distribute a Mixture or a Substance Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), by the Honorable Alan H. Nevas, Senior United States District Judge, sitting in the court at Bridgeport, Connecticut on January 2, 2003. The Court imposed the general terms and conditions theretofore adopted by the Court. No special conditions were imposed. Mr. Williams' supervised release commenced on September 24, 2004, with a tentative termination date of September 23, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Mandatory Condition:** "You shall not commit another federal, state, or local crime."

On November 23, 2006, Mr. Williams was arrested by the Stratford Police Department, based on a warrant emanating from the Seymour Police Department, dated June 1, 2006, charging the defendant with Breach of Peace 2nd Degree, Harassment 2nd Degree and Threatening 2nd Degree. The aforementioned affidavit alleges that the defendant made threatening remarks to the complainant, Dwight Richards, in light of Mr. Richards' alleged affair with the defendant's wife. During one such alleged threat, the defendant reportedly stated that he was going to kill Mr. Richards and then himself. Mr. Gilbert was released on a $15,000 non-surety bond. His next scheduled court appearance is set for September 24, 2007, at the Derby Superior Court.

**Standard Condition:** "You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."

The defendant failed to notify the Probation Office of the aforementioned arrest until March 8, 2007.

**Standard Condition:** "You shall report to the probation officer and shall follow the probation officer's instructions."

From February 6, 2007 through August 27, 2007, Mr. Williams failed to report to the Probation Office for four individual scheduled appointments, while also failing to contact the Probation Office on June 11, 2007, to schedule his next office appointment.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Gilbert Williams to appear before this Court at Bridgeport, Connecticut on _10-16-2007_, at _11:00_ to show cause as to why his supervised release term should not be revoked.

**ORDER OF COURT**

Considered and ordered this _17_ day of September 2007, and ordered filed and made a part of the records in the above case.

The Honorable Alan H. Nevas
Senior United States District Judge

Sworn to By
Patrick D. Norton
United States Probation Officer

Place _Bpt. CT_
Date _9/17/07_

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this _17_ day of September 2007, at Bridgeport, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alan H. Nevas
Senior United States District Judge