UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:02CR00129(AHN)

GILBERT WILLIAMS :

## ORDER FINDING VIOLATION
## AND CONTINUING SUPERVISED RELEASE

The above named defendant was sentenced on January 2, 2003, following his conviction on a violation 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute a Mixture or a Substance Containing a Detectable Amount of Cocaine, to the custody of the Bureau of Prisons for 30 months, followed by a three year term of supervised release. Supervision commenced on September 24, 2004, with a tentative termination date of September 23, 2007. The Court did not impose any special conditions of supervised release.

A Petition of Probation and Supervised Release, dated September 17, 2007, was signed by the Court, alleging the following violation of the conditions of supervised release: On November 23, 2006, the defendant was arrested by the Stratford, Connecticut Police Department pursuant to an arrest warrant emanating from the Seymour, Connecticut Police Department, charging Breach of Peace 2nd Degree, Harassment 2nd Degree and Threatening 2nd Degree. The defendant failed to notify the Probation Office of the aforementioned arrest within the Court ordered time frame of 72 hours and failed to report to the Probation Office as instructed on four separate occasions.

At a hearing conducted before the Court on November 7, 2007, at which time the defendant was represented by counsel and afforded an opportunity to be heard, the Court found that the defendant had violated charges two and three, as alleged in the Petition and

NOW, THEREFORE, IT IS ORDERED that the defendant's supervised release term be continued for 90 days in duration, with the original mandatory and special conditions remaining in full effect. Should there be no additional violation conduct pending the next 90 days, supervision is to be terminated.

Signed this \_\_7\_\_ day of November 2007 at Bridgeport, Connecticut.

The Honorable Alan H. Nevas
Senior United States District Judge